UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, ) <br> SECRETARY OF LABOR, ) <br> UNITED STATES DEPARTMENT OF LABOR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTY GAITERS AND ) <br> CEASAR GAITERS d/b/a ) <br> SUITE 2O DAY SPA, ) <br> ) <br> Respondents. ) | FILE NO. |

## SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM*

Pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("the Act" or "FLSA"), the Secretary of Labor, hereby files a Petition and Memorandum in Support thereof to enforce an administrative subpoena *duces tecum* issued by the Regional Administrator of the Wage and Hour Division to KRISTY GAITERS and CEASAR GAITERS d/b/a SUITE 20 Day Spa ("Respondents").

In support of this motion, the Secretary submits his Memorandum In Support of Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum.*

| | |
|---|---|
| ADDRESS: | M. PATRICIA SMITH<br>Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor |
| Telephone:<br> (404) 302-5435<br> (404) 302-5438 (FAX)<br>Walter.robert@dol.gov<br>Atl.fedcourt@dol.gov<br>Craft.patricia@dol.gov | By:*/s/Robert L. Walter*<br>     ROBERT L. WALTER<br>     Counsel<br>     GA Bar No. 735410<br><br>PATRICIA J. CRAFT<br>Senior Trial Attorney<br>GA Bar No. 192825<br><br>Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Petitioner |

SOL Case No. 16-00289

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, ) | |
| SECRETARY OF LABOR, ) | FILE NO. |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTY GAITERS AND ) | |
| CEASAR GAITERS d/b/a ) | |
| SUITE 2O DAY SPA, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, I electronically filed Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum*, Memorandum in Support of Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum,* Declaration of Investigator Bettina Campbell, and proposed Order with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

3

Kristy Gaiters
Ceasar Gaiters d/b/a Suite 20 Day Spa
4635 Flat Shoals Parkway
Decatur, GA  30034

                                      */s/Robert L. Walter*
                                      Counsel